```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TABETHA ANDINO,

                  Plaintiff,

-against-

GEM QUALITY CONSTRUCTION INC. and
MUHAMMED TAHIR, individually and in his
official capacity,

                  Defendants.

22-CV-5953 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff moved for an order to compel Gem Quality Corporation to respond to an early interrogatory regarding Muhammed Tahir's contact information. [ECF No. 27]. Gem Quality Corporation opposed that motion, arguing that it had not been named as a party to the lawsuit and, as a result, could not be compelled to respond to the interrogatory. [ECF No. 29]. Shortly thereafter, Plaintiff filed an amended complaint naming Gem Quality Corporation as a defendant. [ECF No. 30]. Accordingly, the Court hereby denies Plaintiff's motion to compel with leave to refile in light of the amended complaint and the addition of a new defendant.

    SO ORDERED.

Dated:   January 20, 2023
          New York, New York

*Mary Kay Vyskocil*
_____
MARY KAY VYSKOCIL
United States District Judge