**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TABETHA ANDINO,

                        Plaintiff,

-against-                                    22 **CIVIL** 5953 (LTS)

                                                         **JUDGMENT**

GEM QUALITY CONSTRUCTION and
MUHAMMED TAHIR, individually and in
his official capacity,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated April 25, 2025, Judgment is entered dismissing (1) Plaintiff's federal claims (Counts I and II) with prejudice and (2) her state and local law claims (Counts III, IV, V, and VI) without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      April 25, 2025

                                                             **TAMMI M HELLWIG**
                                                             **Clerk of Court**

                           **BY:**

                                                             **Deputy Clerk**